1  Frances H. Yoshimura (SBN 124325)
   JOSEPH COSTELLA & ASSOCIATES
2  215 Lennon Lane, Suite 200
3  Walnut Creek, CA 94598
   Tel: (925) 945-4491
4  Fax: (925) 945-4454

5  Attorneys for Defendant
6  FEDERAL RESERVE BANK OF SAN FRANCISCO,
   incorrectly sued as FEDERAL RESERVE BANK
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  MEKHELYA SCHINDLER              (Superior Court for the County of
                                    San Francisco Case No: CGC06- 458 JCS
12             Plaintiff

13     Vs.                          DEMAND FOR JURY TRIAL

14
    CITY AND COUNTY OF SAN
15  FRANCISCO, et al.,
                 Defendants
16  _____/

17

18       Defendant FEDERAL RESERVE BANK OF SAN FRANCISCO, sued herein as

19  FEDERAL RESERVE BANK, hereby demands trial by jury in this action.

20

21  DATED: January 18, 2008         JOSEPH COSTELLA & ASSOCIATES

22

23                          By:  _Frances H. Yoshimura_
24                               FRANCES H. YOSHIMURA, ESQ.
                                 Attorneys for Defendant
25                               FEDERAL RESERVE BANK OF SAN FRANCISCO,
26                               Incorrectly sued herein as FEDERAL RESERVE
                                 BANK
27

28

                              -1-

**PROOF OF SERVICE**

***SCHINDLER v. CITY AND COUNTY OF SAN FRANCISCO***
SAN FRANCISCO County Superior Court Case No.: CGC 06-458615

I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action. I am employed at JOSEPH COSTELLA & ASSOCIATES, 215 Lennon Lane, Suite 200, Walnut Creek, CA 94596. On the date listed below, I caused the following document(s) to be served:

**DEMAND FOR JURY TRIAL**

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| ALBERT G. STOLL<br>55 FRANCISCO STREET, SUITE 403<br>SAN FRANCISCO, CA 94133<br>415.576.1500;<br>415.576.1501 | **Plaintiff's Attorney**<br><br>Tel.:<br>Fax: |
| Bradley R. Larson<br>GREVE, CLIFFORD, WENGEL & PARAS, LLP<br>2870 GATEWAY OAKS DRIVE, SUITE 210<br>SACRAMENTO, CA 958334324<br>(916) 443-2011 | **Attorney for Equity Partners** |

☑ **BY MAIL** Having full knowledge of the outgoing mail system at this firm, in that all mail in the outgoing mail basket is deposited each evening in the United States Mail, in the City of Walnut Creek, State of California, I enclosed a true copy of said document(s) in a sealed envelope, with fully-paid postage thereon in the outgoing mail basket.

( ) **BY PERSONAL SERVICE** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

( ) **BY FACSIMILE** I caused the said document to be transmitted by Facsimile machine to the number indicated above.

( ) **BY EXPRESS MAIL** I caused each such envelope to be deposited into a designated Federal Express mail box for pick up on the date of execution of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/13/08 at Walnut Creek, California.

KAREN PAYNE-DRAKE