UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEKHELY A. SCHINDLER,

    Plaintiff(s),

v.

CITY & COUNTY SF, ET AL.,

    Defendant(s).

_____/

No. C 08-01324 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 3/20/2008

_____
Signature

Counsel for Mekhelya Schindler
(Name or party or indicate "pro se")

2

Re: **Mekhelya Schindler v. City and County of San Francisco, et. al.**
United States District Court For The Northern District of California
Case No. CV08-01324 JCS

## PROOF OF SERVICE

I, Jonathan Lee, declare that, I am employed in the City of San Francisco. I am over the age of eighteen years; my business address is 55 Francisco Street, Suite 403 San Francisco, California 94133.

On Thursday, March 20, 2008 I served a true copy of the following document(s) on the following party:

1. **Consent To Proceed Before A United States Magistrate Judge**

| **Defense Attorney for Equity Office Management, LLC** | **Defense Attorney for Federal Reserve Bank** |
|---|---|
| Bradley Larson | Frances Yoshimura |
| Greve, Clifford, Wengel & Paras, LLP | Joseph Costella & Associates |
| 2870 Gateway Oaks Drive, Suite 210 | 215 Lennon Lane, Suite 200 |
| Sacramento, CA 95833-4324 | Walnut Creek, CA 94598 |

**Defense Attorney for City and County of San Francisco**
Kimberly Bliss
City Attorney's Office
1390 Market Street, Sixth Floor
San Francisco, CA 94102

Via Mail: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the Albert G. Stoll, Jr. | A Law Corporation, 55 Francisco Street, Suite 403, San Francisco, California 94133, for collection and mailing with the United States Postal Service. The envelope was addressed to the above addressee(s). I am familiar with this offices practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 20, 2008, at San Francisco, California.

_/s/ Jonathan Lee_
Jonathan Lee