United States District Court
For the Northern District of California

1
2
3
4             UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7   MEKHELY A. SCHINDLER,                    No. C 08-01324 JCS
8            Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                             UNITED STATES MAGISTRATE JUDGE**
9        v.
10  CITY & COUNTY SF, ET AL.,
11           Defendant(s).
12  _____/
13
14          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19  Appeals for the Ninth Circuit
20
21  Dated: *April 1, 2008*
22                                           Signature  J. Michael Cochrane
23                                           Counsel for Equity Office Management
24                                           (Name or party or indicate "pro se")  LLC
25
26
27
28

2