```
1  Frances H. Yoshimura (SBN 124325)
   JOSEPH COSTELLA & ASSOCIATES
2  215 Lennon Lane, Suite 200
   Walnut Creek, CA 94596
3  (925) 945-4491
   (925) 945-4454
4
   Attorneys for Defendant
5  FEDERAL RESERVE BANK OF SAN FRANCISCO
```

6           UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  MEKHELYA SCHINDLER | No. CV 08 1324 JCS |
| 10           Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 11       v. | |
| 12  CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, et al. | |
| 13           Defendant(s). | |

14 _____/

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: April 18, 2008                          [signature]
                                                   Signature  FRANCES H. YOSHIMURA
22
                                                   Counsel for Defendant Federal Reserve
23                                                 (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28