1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:       kimberly.bliss@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| MEKHELYA SCHINDLER, | Case No.: 08-CV-01324 JCS |
|---|---|
| Plaintiff, | **CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE** |
| vs. | Removal Date:    March 7, 2008 |
| DEPARTMENT OF PUBLIC WORKS, FEDERAL RESERVE BANK, EQUITY PARTNERS, 60 SPEAR STREET, EOP-60 SPEAR, L.L.C., EQUITY OFFICE PROPERTIES MANAGEMENT CORP., and DOES 1 to 100, Inclusive, | Trial Date:    Not Set |
| Defendants. | |
| FEDERAL RESERVE BANK, | |
| Cross-Complainant, | |
| vs. | |
| 60 SPEAR LIMITED PARTNERSHIP, a Delaware Limited Partnership, and MOES 1 THROUGH 20, inclusive | |
| Cross-Defendants. | |

CONSENT TO MAGISTRATE; CASE No. 08-CV-01324 JCS    1    n:\lit\li2008\080545\00480500.doc

1   CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE:

2   In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned parties hereby

3   consent to have United States Magistrate Judge Joseph Spero conduct any and all further proceedings

4   in the case, including trial, and order the entry of final judgment, and voluntarily waive the right to

5   proceed before a United States District Judge.

6   Dated: April 24, 2008

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Attorney
                              KIMBERLY A. BLISS
                              Deputy City Attorneys


                    By: _____/s/_____
                              KIMBERLY A. BLISS

                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO
```