1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

***SCHINDLER v. CITY AND COUNTY OF SAN FRANCISCO***
United States District Court-Northern District.: C08-01324JCS

    I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action.  I am employed at JOSEPH COSTELLA & ASSOCIATES, 215 Lennon Lane, Suite 200, Walnut Creek, CA 94596.   On the date listed below, I caused the following document(s) to be served:

**CROSS-COMPLAINT OF FEDERAL RESERVE BANK OF SAN FRANCISCO**

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

☑     **BY MAIL**  Having full knowledge of the outgoing mail system at this firm, in that all mail in the outgoing mail basket is deposited each evening in the United States Mail, in the City of Walnut Creek, State of California, I enclosed a true copy of said document(s) in a sealed envelope, with fully-paid postage thereon in the outgoing mail basket.

( )     **BY PERSONAL SERVICE**  I caused each such envelope to be delivered by hand to the addressee(s) noted above.

( )     **BY FACSIMILE**  I caused the said document to be transmitted by Facsimile machine to the number indicated above.

( )     **BY EXPRESS MAIL**  I caused each such envelope to be deposited into a designated Federal Express mail box for pick up on the date of execution of this declaration.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 1, 2008  at Walnut Creek, California.

*Karen Payne-Drake*
**KAREN PAYNE-DRAKE**

**PROOF OF SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ***SCHINDLER v. CITY AND COUNTY OF SAN FRANCISCO***
United States District Court-Northern District.: C08-01324JCS


ALBERT G. STOLL                          **Plaintiff's Attorney**
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133                  415.576.1500;
                                         415.576.1501


Bradley R. Larson                        **Attorney for Equity Partners**
GREVE, CLIFFORD, WENGEL & PARAS,
LLP                                      (916) 443-2011
2870 GATEWAY OAKS DRIVE,
SUITE 210
SACRAMENTO, CA 958334324


                                         **Attorney for City of San Francisco**

 Kimberly Ann Bliss, Esq.
OFFICE OF THE CITY ATTORNEY              (415) 554-3800
FOX PLAZA                                (415) 554-3837
1390 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CA 94102