Albert G. Stoll, Jr., Esq., SBN 164649
Stephen MacLean, SBN 184279
Courtney Cassinelli, SBN 242614
Albert G. Stoll, Jr. | A Law Corporation
55 Francisco Street, Suite 403
San Francisco, California 94133
Phone: (415) 576-1500
Fax: (415) 576-1501
E-mail: astoll@stoll-law.com

Attorneys for Plaintiff Mekhelya Schindler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS; FEDERAL RESERVE BANK; EQUITY OFFICE MANAGEMENT, LLC, and DOES 1 to 100,<br><br>Defendants. | CASE NO. CV 08-1324 JCS<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Process:**     Mediation


Dated: May 20, 2008          Stephen MacLean
                             Stephen MacLean, Esq.
                             Albert G. Stoll, Jr. | A Law Corporation
                             Attorneys for plaintiff Mekhelya Schindler

1

Stipulation and Proposed Order Selecting ADR Process and Joint ADR Certification
Schindler v. City San Francisco us District Court, Northern District Case No. CV 08-1324 JCS

| | |
|---|---|
| Dated: May 20, 2008 | Kimberly Bliss<br>Kimberly Bliss, Esq.<br>Deputy City Attorney<br>Attorneys for defendant City of San Francisco |
| Dated: May 20, 2008 | Frances Yoshimura<br>Frances Yoshimura, Esq<br>Joseph Costello & Associates<br>Attorneys for defendant Federal Reserve Bank |
| Dated: May 20, 2008 | Julie M. Choporian<br>Julie M. Chopourian, Esq.<br>Greve, Clifford, Wengel & Paras, LLP<br>Attorneys for defendant Equity Partners |

IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

2

Stipulation and Proposed Order Selecting ADR Process and Joint ADR Certification
Schindler v. City San Francisco us District Court, Northern District Case No. CV 08-1324 JCS

### SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov , discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: May 20, 2008        Stephen MacLean
                           Stephen MacLean, Esq.
                           Albert G. Stoll, Jr. | A Law Corporation
                           Attorneys for plaintiff Mekhelya Schindler

Dated: May 20, 2008        Kimberly Bliss, Esq.
                           Kimberly Bliss, Esq.
                           Deputy City Attorney
                           Attorneys for defendant City of San Francisco

Dated: May 20, 2008        Frances Yoshimura, Esq.
                           Frances Yoshimura, Esq
                           Joseph Costello & Associates
                           Attorneys for defendant Federal Reserve Bank

Dated: May 20, 2008        Julie M.Chopourian
                           Julie M. Chopourian, Esq.
                           Greve, Clifford, Wengel & Paras, LLP
                           Attorneys for defendant Equity Partners

Re: <u>Mekhelya Schindler v. City and County of San Francisco, et. al.</u>
United States District Court For The Northern District of California
Case No. CV08-01324 JCS

**PROOF OF SERVICE**

I, Jonathan Lee, declare that, I am employed in the City of San Francisco. I am over the age of eighteen years; my business address is 55 Francisco Street, Suite 403 San Francisco, California 94133.

On Wednesday, May 21, 2008 I served a true copy of the following document(s) on the following party:

1. **Stipulation and [Proposed] Order Selecting ADR Process**

| **Defense Attorney for Equity Office Management, LLC** | **Defense Attorney for Federal Reserve Bank** |
|---|---|
| Julie Chopourian | Frances Yoshimura |
| Greve, Clifford, Wengel & Paras, LLP | Joseph Costella & Associates |
| 2870 Gateway Oaks Drive, Suite 210 | 215 Lennon Lane, Suite 200 |
| Sacramento, CA 95833-4324 | Walnut Creek, CA 94598 |

**Defense Attorney for City and County of San Francisco**
Kimberly Bliss
City Attorney's Office
1390 Market Street, Sixth Floor
San Francisco, CA 94102

<u>Via Mail</u>: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the Albert G. Stoll, Jr. | A Law Corporation, 55 Francisco Street, Suite 403, San Francisco, California 94133, for collection and mailing with the United States Postal Service. The envelope was addressed to the above addressee(s). I am familiar with this offices practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 21, 2008, at San Francisco, California.

*/s/ Jonathan Lee*
Jonathan Lee