# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Schindler,<br><br>            Plaintiff(s),<br><br>    v.<br><br>City and County of San Francisco,<br><br>            Defendant(s). | 08-01324 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Teresa V. Carey**
> Professional Mediation Associates
> 700 Larkspur Circle, Suite 199
> Larkspur, CA 94939
> 415-454-4478

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01324 JCS MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 29, 2008

>RICHARD W. WIEKING
>Clerk
>by:     Alice M. Fiel
>
>_____
>ADR Case Administrator
>415-522-3148
>Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01324 JCS MED                    - 2 -