Albert G. Stoll, Jr. SBN 164649
Stephen MacLean, SBN 184279
Courtney Cassinelli, SBN 242614
Albert G. Stoll, Jr. | A Law Corporation
55 Francisco Street, Suite 403
San Francisco, California 94133
Phone: (415) 576-1500
Fax: (415) 576-1501
E-mail: astoll@stoll-law.com

Attorneys for Plaintiff Mekhelya Schindler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS; FEDERAL RESERVE BANK; EQUITY OFFICE MANAGEMENT, LLC, and DOES 1 to 100,<br><br>Defendants. | CASE NO. CV 08-1324 JCS<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS |

Plaintiff hereby dismisses Defendants EOP-60 Spear L.L.C., and Equity Partners 50 Spear Street without prejudice.

ALBERT G. STOLL, JR. | A LAW CORPORATION

Dated: 5/29/08

Albert G. Stoll, Jr.
Attorney for Plaintiff Mekhelya Schindler

1

Joint Case Management Statement and Proposed Order
Schindler v. City San Francisco us District Court, Northern District Case No. CV 08-1324 JCS

Re: **Mekhelya Schindler v. City and County of San Francisco, et. al.**
**United States District Court For The Northern District of California**
**Case No. CV08-01324 JCS**

## PROOF OF SERVICE

I, Jonathan Lee, declare that, I am employed in the City of San Francisco. I am over the age of eighteen years; my business address is 55 Francisco Street, Suite 403 San Francisco, California 94133.

On May 30, 2008 I served a true copy of the following document(s) on the following party:

1. Plaintiff's Request For Dismissal of Defendants

**Defense Attorney for Equity Office Management, LLC**
Julie Chopourian
Greve, Clifford, Wengel & Paras, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833-4324

**Defense Attorney for Federal Reserve Bank**
Frances Yoshimura
Joseph Costella & Associates
215 Lennon Lane, Suite 200
Walnut Creek, CA 94598

**Defense Attorney for City and County of San Francisco**
Kimberly Bliss
City Attorney's Office
1390 Market Street, Sixth Floor
San Francisco, CA 94102

Via Mail: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the Albert G. Stoll, Jr. | A Law Corporation, 55 Francisco Street, Suite 403, San Francisco, California 94133, for collection and mailing with the United States Postal Service. The envelope was addressed to the above addressee(s). I am familiar with this offices practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

_/s/ Jonathan Lee_
Jonathan Lee