DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3861
Facsimile:    (415) 554-3837
E-Mail:       kimberly.bliss@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF PUBLIC WORKS, FEDERAL RESERVE BANK, EQUITY PARTNERS, 60 SPEAR STREET, EOP-60 SPEAR, L.L.C., EQUITY OFFICE PROPERTIES MANAGEMENT CORP., and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants.<br><br>FEDERAL RESERVE BANK,<br><br>　　　　　Cross-Complainant,<br><br>　vs.<br><br>60 SPEAR LIMITED PARTNERSHIP, a Delaware Limited Partnership, and MOES 1 THROUGH 20, inclusive<br><br>　　　　　Cross-Defendants. | Case No.: 08-CV-01324 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Removal Date:　　March 7, 2008<br>Trial Date:　　　　Not Set |

**STIPULATION**

The Case Management Conference in this case was originally set for Friday, June 13, 2008 at 1:30 p.m.  On May 30, 2008, the parties received an electronic notice from the Court continuing the Case Management Conference to Friday, June 20, 2008 at 1:30 p.m.  Counsel for defendant City and County of San Francisco, Kimberly Bliss, is under subpoena to testify as a witness in a state court criminal proceeding starting at 1:45 p.m. on Friday, June 20, 2008.  Accordingly, counsel for the City met and conferred via email with counsel for Plaintiff and co-Defendants Federal Reserve Bank and Equity Office Management, LLC, to determine the first available date counsel for all parties would be available for a Friday afternoon Case Management Conference.  Due to other court appearances, depositions and out of town travel arrangements, counsel determined that July 18, 2008 is the first mutually agreeable date after June 20, 2008.  Accordingly, the parties hereby **STIPULATE** and request that the Case Management Conference be continued to **Friday, July 18, 2008 at 1:30 p.m.**  The continuance should not delay this action.  The parties have already engaged in written discovery and some depositions before this case was removed from state court, and the parties do not seek a continuance of the deadline to make initial disclosures (currently set for June 13, 2008).

In the event that the Court is disinclined to further continue the CMC, the City informs the Court that it will need to send an attorney other than lead trial counsel to the CMC as required by Local Rule 16-10(a).

Dated: June 4, 2008

ALBERT G. STOLL, JR. | A Law Corporation


By:  /s/  Courtney Cassinelli
  COURTNEY CASINELLI

Attorneys for Plaintiff MEKHELYA SCHINDLER

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

Dated: June 4, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Attorney
        KIMBERLY A. BLISS
        Deputy City Attorney


By: __/s/ Kimberly A. Bliss_____
     KIMBERLY A. BLISS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Dated: June 4, 2008

JOSEPH COSTELLA & ASSOCIATES


By: __/s/ Frances H. Yoshimura_____
     FRANCES H. YOSHIMURA

Attorneys for Defendant FEDERAL RESERVE BANK OF SAN FRANCISCO

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.


Dated: June 4, 2008

GREVE, CLIFFORD, WENGEL & PARAS, LLP


By: __/s/ Julie Chopourian_____
     JULIE CHOPOURIAN

Attorneys for Defendant EQUITY OFFICE MANAGEMENT, LLC

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court continues the Initial Case Management Conference, currently set for June 20, 2008 at 1:30 p.m., **to July 18, 2008 at 1:30 p.m**. The deadline for exchanging initial disclosures (June 13, 2008) remains unchanged. The parties shall submit a Joint Case Management Conference Statement on or before July 11, 2008.

**IT IS SO ORDERED.**

Dated:

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge