1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:       kimberly.bliss@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

FILED

JUN 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| MEKHELYA SCHINDLER, | Case No.: 08-CV-01324 JCS |
| Plaintiff, | **STIPULATION AND ▮▮▮▮▮▮▮ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | Removal Date:    March 7, 2008 |
| DEPARTMENT OF PUBLIC WORKS, FEDERAL RESERVE BANK, EQUITY PARTNERS, 60 SPEAR STREET, EOP-60 SPEAR, L.L.C., EQUITY OFFICE PROPERTIES MANAGEMENT CORP., and DOES 1 to 100, Inclusive, | Trial Date:    Not Set |
| Defendants. | |
| FEDERAL RESERVE BANK, | |
| Cross-Complainant, | |
| vs. | |
| 60 SPEAR LIMITED PARTNERSHIP, a Delaware Limited Partnership, and MOES 1 THROUGH 20, inclusive | |
| Cross-Defendants. | |

**STIPULATION**

The Case Management Conference in this case was originally set for Friday, June 13, 2008 at 1:30 p.m. On May 30, 2008, the parties received an electronic notice from the Court continuing the Case Management Conference to Friday, June 20, 2008 at 1:30 p.m. Counsel for defendant City and County of San Francisco, Kimberly Bliss, is under subpoena to testify as a witness in a state court criminal proceeding starting at 1:45 p.m. on Friday, June 20, 2008. Accordingly, counsel for the City met and conferred via email with counsel for Plaintiff and co-Defendants Federal Reserve Bank and Equity Office Management, LLC, to determine the first available date counsel for all parties would be available for a Friday afternoon Case Management Conference. Due to other court appearances, depositions and out of town travel arrangements, counsel determined that July 18, 2008 is the first mutually agreeable date after June 20, 2008. Accordingly, the parties hereby **STIPULATE** and request that the Case Management Conference be continued to **Friday, July 18, 2008 at 1:30 p.m.** The continuance should not delay this action. The parties have already engaged in written discovery and some depositions before this case was removed from state court, and the parties do not seek a continuance of the deadline to make initial disclosures (currently set for June 13, 2008).

In the event that the Court is disinclined to further continue the CMC, the City informs the Court that it will need to send an attorney other than lead trial counsel to the CMC as required by Local Rule 16-10(a).

Dated: June 4, 2008

ALBERT G. STOLL, JR. | A Law Corporation

By: /s/ Courtney Cassinelli
COURTNEY CASINELLI

Attorneys for Plaintiff MEKHELYA SCHINDLER

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

STIP. AND ORDER; CASE No. 08-CV-01324 JCS          2          n:\lit\li2008\080545\00487948.doc

Case 3:08-cv-01324-JCS   Document 20   Filed 06/04/2008   Page 3 of 4

Dated:  June 4, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
KIMBERLY A. BLISS
Deputy City Attorney

By:   /s/ Kimberly A. Bliss
KIMBERLY A. BLISS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  June 4, 2008

JOSEPH COSTELLA & ASSOCIATES

By:   /s/ Frances H. Yoshimura
FRANCES H. YOSHIMURA

Attorneys for Defendant FEDERAL RESERVE BANK
OF SAN FRANCISCO

Pursuant to General Order 45, §X.B., the filer of this
document attests that she has received the concurrence
of this signatory to file this document.

Dated:  June 4, 2008

GREVE, CLIFFORD, WENGEL & PARAS, LLP

By:  /s/ Julie Chopourian
JULIE CHOPOURIAN

Attorneys for Defendant EQUITY OFFICE
MANAGEMENT, LLC

Pursuant to General Order 45, §X.B., the filer of this
document attests that she has received the concurrence
of this signatory to file this document.

1

**ORDER**

2      Based on the stipulation of the parties, and good cause appearing therefore, the Court

3   continues the Initial Case Management Conference, currently set for June 20, 2008 at 1:30 p.m., **to**

4   **July 18, 2008 at 1:30 p.m**. The deadline for exchanging initial disclosures (June 13, 2008) remains

5   unchanged. The parties shall submit a Joint Case Management Conference Statement on or before

6   July 11, 2008.

7

    **IT IS SO ORDERED.**

8

9   Dated:    6/5/08

10                                          HONORABLE JOSEPH C. SPERO

11                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28