Albert G. Stoll, Jr., Esq., SBN 164649
Stephen MacLean, SBN 184279
Courtney Cassinelli, SBN 242614
Albert G. Stoll, Jr. | A Law Corporation
55 Francisco Street, Suite 403
San Francisco, California 94133
Phone: (415) 576-1500
Fax: (415) 576-1501
E-mail: astoll@stoll-law.com

Attorneys for Plaintiff Mekhelya Schindler

FILED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS; FEDERAL RESERVE BANK; EQUITY OFFICE MANAGEMENT, LLC, and DOES 1 to 100,<br><br>Defendants. | CASE NO. CV 08-1324 JCS<br><br>STIPULATION TO EXTEND THE DEADLINE TO MEDIATE TO SEPTEMBER 13, 2008 AND [PROPOSED] ORDER |

Consistent with the parties' previously filed Joint CMC statement and Joint Discovery Plan, the parties to the above-captioned matter hereby stipulate to extending the deadline to hold a mediation in this matter to September 13, 2008.

///

///

///

1

It is so stipulated:

Dated: 7/18/08

*/s/ Stephen MacLean*
Stephen MacLean
Albert G. Stoll, Jr. | A Law Corporation
Attorneys for plaintiff Mekhelya Schindler

Dated: 7/18/08

*/s/ Kimberly Bliss*
Kimberly Bliss
Deputy City Attorney for defendant San Francisco

Dated: 7/18/08

*/s/ Frances Yoshimura*
Frances Yoshimura
Joseph Costello & Associates
Attorneys for defendant Federal Reserve Bank

Dated: 7-18-08

*/s/ Julie M. Chopourian*
Julie M. Chopourian
Greve, Clifford, Wengel & Paras, LLP
Attorneys for defendant Equity Partners

2

Stipulation and Proposed Order Extending Time to Mediate to September 13, 2008
Schindler v. City San Francisco us District Court, Northern District Case No. CV 08-1324 JCS