Albert G. Stoll, Jr., Esq., SBN 164649
Stephen MacLean, SBN 184279
Courtney Cassinelli, SBN 242614
Albert G. Stoll, Jr. | A Law Corporation
55 Francisco Street, Suite 403
San Francisco, California 94133
Phone: (415) 576-1500
Fax: (415) 576-1501
E-mail: astoll@stoll-law.com



FILED
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff Mekhelya Schindler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS; FEDERAL RESERVE BANK; EQUITY OFFICE MANAGEMENT, LLC, and DOES 1 to 100,<br><br>Defendants. | CASE NO. CV 08-1324 JCS<br><br>[PROPOSED] ORDER EXTENDING THE DEADLINE TO MEDIATE TO SEPTEMBER 13, 2008 |

The parties' to the above captioned matter having so stipulated, it is hereby ORDERED that the deadline to mediate this matter is extended to September 13, 2008.

Dated: 7/18/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

3

Stipulation and Proposed Order Extending Time to Mediate to September 13, 2008
Schindler v. City San Francisco us District Court, Northern District Case No. CV 08-1324 JCS