# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-01324 JCS**

**CASE NAME:  MEKHELY A. SCHINDLER v. SF CITY & COUNTY**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 18, 2008      **TIME**: 10 min | **COURT REPORTER**: <u>Not recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Steve Maclean | **COUNSEL FOR DEFENDANT:**<br>Kim Bliss - City & Cnty of SF<br>Frances Yoshimura - Fed Reserve<br>Julie Chopourian- Equity Partners & 60 Spear |

**PROCEEDINGS:**                                                                  **RULING:**

**1. Case Management Conference**                                          **Held.**

___

**ORDERED AFTER HEARING:**

Mediation deadline extended to 9/12/8.  Stipulation signed in Court.
3rd-party Dft 60 Spear consented to magistrate jurisdiction.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO: 09/19/08 at 1:30 p.m., for a further case mgmt conference.**

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff: 10/10/08** |
| **Expert Disclosure: 10/31/08** | **Expert Rebuttal: 11/14/08** | **Expert Discovery Cutoff: 12/12/08** |
| **Motions Hearing: 02/06/09 at 9:30 a.m.** | | **Pretrial Conference: 05/01/09 at 1:30 p.m.** |

**Trial Date:    05/11/09 at 8:30 a.m.  (X)Jury     ()Court    Set for 4 days**

___

**cc:       Chambers; Karen**
\* (T) = Telephonic Appearance