Frances H. Yoshimura (SBN 124325)
JOSEPH COSTELLA & ASSOCIATES
215 Lennon Lane, Suite 200
Walnut Creek, CA 94598
Tel: (925) 945-4491
Fax: (925) 945-4454

Attorneys for Defendant/Cross-Defendant
FEDERAL RESERVE BANK OF SAN FRANCISCO,
incorrectly sued as FEDERAL RESERVE BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS, FEDERAL RESERVE BANK, EQUITY PARTNERS, EOP 60 SPEAR STREET, LLC; EQUITY OFFICE PROPERTIES MANAGEMENT CORPORATION,<br><br>        Defendants.<br>_____/<br>FEDERAL RESERVE BANK OF SAN FRANCISCO (sued herein as FEDERAL RESERVE BANK),<br><br>        Cross-Complainant,<br><br>v.<br><br>60 SPEAR LIMITED PARTNERSHIP, a Delaware limited partnership and MOES 1 through 20, inclusive,<br>        Cross-Defendants.<br>_____/ | Case No: CV 08 1324 JCS<br><br>**ANSWER OF FEDERAL RESERVE BANK OF SAN FRANCISCO TO CROSS-COMPLAINT OF CITY AND COUNTY OF SAN FRANCISCO** |

-1-

CITY AND COUNTY OF SAN FRANCISCO,

       Cross-Complainant,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO, and ROES 1-20,

       Cross-Defendant.

_____/

       Defendant/Cross-Defendant FEDERAL RESERVE BANK OF SAN FRANCISCO in answer to the unverified cross-complaint of CITY AND COUNTY OF SAN FRANCISCO herein and by virtue of the provisions of Rule 8 of the Federal Rules of Civil Procedure now answers, denies and objects as follows:

       Cross-Defendant admits the allegations of paragraphs 1, 2, 5 and, 6 of the cross-complaint.

       Cross-Defendant has insufficient information upon which to admit or deny the allegations of paragraphs 3, 4, 10, 14 or 18 of the cross-complaint.

       Cross-Defendant denies the allegations of paragraphs 7, 8, 9, 11, 12, 13, 15, 16, 17, 19 and 20 of the cross-complaint.

       AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, the Cross-Defendant alleges that Cross-Complainant was itself careless, negligent, and/or at fault in and about the matters alleged in the cross-complaint, and each alleged cause of action thereof, and that said carelessness, negligence, or fault on said Cross-Complainant's own part proximately contributed in some degree to the alleged incident and to the damages and injuries, if any, alleged to have been sustained by said Cross-

ANSWER OF FEDERAL RESERVE BANK OF SAN FRANCISCO TO CROSS-COMPLAINT OF CITY AND COUNTY OF SAN FRANCISCO

Complainant, and therefore said negligence completely bars any recovery, or in the alternative, it reduces the right of recovery by that amount which said negligence, carelessness, and/or fault contributed to this incident as set forth under the doctrine of comparative negligence.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, the Cross-Defendant alleges that the injuries and damages complained of by Cross-Complainant, if any there were, were either wholly or in part directly and proximately caused by the negligence or fault of persons or entities other than this Cross-Defendant, and said negligence or fault is either imputed to Cross-Complainant by reason of the relationship between Cross-Complainant and said persons or entities, or comparatively reduces the proportion of negligence or fault and corresponding liability of this Cross-Defendant.

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, and to each alleged cause of action thereof, this Cross-Defendant alleges that cross-complaint and each alleged cause of action thereof fail to state facts sufficient to constitute a cause of action against this Cross-Defendant.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, this Cross-Defendant alleges that cross-complaint and others were actively contributorily negligent in and about the matters referred to in the cross-complaint, and that such negligence bars and/or diminishes Cross-Complaint's recovery against this answering Cross-Defendant.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, this Cross-Defendant contends that its actions were not the cause in fact or the proximate cause of any of the injuries, losses or damages alleged by Cross-Complainant.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, at all times alleged in the Cross-Complaint, Cross-Complainant acted with foreknowledge of all facts and circumstances surrounding Cross-Complainant's conduct, and thus assumed any and all risks of Cross-Complainant's injuries, if any.

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, that Cross-Complainant is guilty of laches, and is therefore barred from any recovery from this answering Cross-Defendant.

AS A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, that Cross-Complainant came to this court with unclean hands seeking notable relief, and by reason of such fact, is barred from any recovery from this answering Cross-Defendant.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, Cross-Complainant acknowledged, ratified, consented to and acquiesced in the alleged acts or omissions, if any, of this Cross-Defendant, thus barring Cross-Complainant's recovery.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, Cross-Complainant acknowledged, ratified, consented to and acquiesced in the alleged acts or omissions, if any, of this Cross-Defendant, thus barring Cross-Complainant's recovery.

AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE CROSS-COMPLAINT, Cross-Complainant acknowledged, ratified, consented to and acquiesced in the alleged acts or omissions, if any, of this Cross-Defendant, thus barring Cross-Complainant's recovery.

1  WHEREFORE, this Cross-Defendant prays:

2      1.    That Cross-Complainant take nothing by reason of Cross-Complainant's cross-complaint;

    2.    That this Cross-Defendant have judgment for its costs of suit; and,

    3.    For such other and further relief as the Court deems just and proper.

Dated: August 4, 2008

LAW OFFICES OF JOSEPH COSTELLA

By: _____
FRANCES H. YOSHIMURA, ESQ
Attorneys for Defendant/Cross-Defendant
FEDERAL RESERVE BANK OF SAN
FRANISCO, incorrectly sued as FEDERAL
RESERVE BANK

ANSWER OF FEDERAL RESERVE BANK OF SAN FRANCISCO TO CROSS-COMPLAINT OF CITY AND COUNTY OF SAN FRANCISCO