TERESA V. CAREY
*Professional Mediation Associates*

700 Larkspur Landing Circle, Suite 199
Larkspur, CA  94939
Tel:  415/454-4478
Fax:  415/464-0508
Em:   t.carey@ix.netcom.com
Web: MediatorTraining.com

4 September, 2008

| | |
|---|---|
| Stephen MacLean | Kimberly Bliss |
| Albert G. Stoll, Jr. Law Offices | Deputy City Attorney, CCSF |
| 55 Francisco Street, Suite 403 | 1390 Market Street, Suite 600 |
| San Francisco, CA  94133 | San Francisco, CA  94102 |
| | |
| Frances Yoshimura | Julie Chopourian |
| Joseph Costello & Associates | Greve, Clifford, Wengle & Paras, LLP |
| 215 Lennon Lane, Suite 200 | 2870 Gateway Oaks Drive, Suite 210 |
| Walnut Creek, CA  94598 | Sacramento, CA  95833 |

Re:  <u>Schindler v. CCSF, et al.</u>: Mediation
       Case No. CV 08-1324 JCS

Dear Counsel:

This will confirm that pursuant to our joint conference call on July 9, Mediation of this matter has been scheduled for Tuesday, September 9, 2008, 10:00 a.m., at the U.S. District Court, N.D., 450 Golden Gate Avenue, San Francisco, CA, 94102.  Please check in at the ADR Reception Room 6892 on the 16th Floor to receive the assigned courtroom. A Confidentiality Agreement pursuant of ADR Local Rule 6-11 will be signed by everyone, including myself, when we meet.

Thank you for your Mediation Statements which were due by close of business, September 2, copies to be exchanged between you.  Any confidential information, relating, for example to options for, or obstacles to, settlement may be submitted under separate cover, communicated to me by telephone, or simply discussed privately at the Mediation.  Mediation fees in this matter are governed by ADR Local Rule 6-3.

In addition to the joint conference call, we have scheduled (and re-scheduled) individual calls between counsel and myself  to further discuss your views of the case and your clients' needs before we meet in person as follows:  Mr. MacLean:  9/4 at 11:00 a.m.; Ms. Chopourian: 9/4 at 4:00 p.m.; Ms. Bliss: 9/4 at 5:15 p.m.; Ms. Yoshimura: 9/5 at 1:00 p.m.. Thank you for making yourselves available for this further pre-mediation preparation.

As you may know, it is useful to prepare for Mediation by considering and discussing with your clients the following:

- Your client's overall goal(s) with regard to a satisfactory settlement
- The strengths and weaknesses of your client's case from a legal perspective

Schindler v. CCSF, et al./Mediation
September 4, 2008
Page 2.

- The estimated cost of litigating the case through discovery, motions, and trial
- Your client's particular needs and interests, and how these might be addressed
- Your client's best and worst alternatives to a negotiated settlement
- Options for settlement, and how these might be addressed
- Obstacles to settlement, and how these might be addressed
- The other sides' interests, and how these might be addressed without prejudicing your client

This is time well spent if you and your clients are seriously interested in resolving this dispute.

Please feel free to contact me at my direct dial number (415) 454-4478 to discuss any aspect of the case at any time.

Thank you and I look forward to meeting with you and your clients on September 9th.

Very truly yours,

_____- *TVC* -_____
TERESA V. CAREY


cc: Alice M. Fiel, ADR Administrator
Via email/all
Tvc:c