**GREVE, CLIFFORD, WENGEL & PARAS, LLP**
**BRADLEY R. LARSON**, State Bar No. 095470
**JULIE M. CHOPOURIAN**, State Bar No. 197673
2870 Gateway Oaks Drive, Suite 210
Sacramento, California 95833-4324
Telephone: (916) 443-2011
Facsimile: (916) 441-7457

Attorneys for Defendants
EQUITY OFFICE MANAGEMENT, LLC,
incorrectly sued and served herein as Equity Office
Properties Management Corp. and 60 SPEAR LIMITED
PARTNERSHIP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKHELYA SCHINDLER<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS, FEDERAL RESERVE BANK, EQUITY PARTNERS, 60 SPEAR STREET, EOP-60 SPEAR, L.L.C., EQUITY OFFICE and DOES 1-100, inclusive,<br><br>Defendants. | No. CV 08 1324 JCS<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 19, 2008<br>Time: 10:30 a.m.<br>Courtroom: A |

Defendants EQUITY OFFICE MANAGEMENT, LLC, incorrectly sued and served herein as Equity Office Properties Management Corp. and 60 SPEAR LIMITED PARTNERSHIP (hereinafter collectively referred to as "EOP") hereby requests this Court grant authorization for Julie M. Chopourian, Esq., counsel for EOP, to appear by telephone at the Case Management Conference (hereinafter "CMC") scheduled for **Friday, September 19, 2008 at 10:30 a.m.**

Counsel requests telephonic appearance as the case has essentially settled with the exception of EOP and the issues remaining as to EOP are not substantial. Counsel

///

Greve Clifford Wengel & Paras, LLP

L:\nicoles\My Files\NLS\JC\Schindler v. City of San Francisco\Pleadings\0918Request-Telephonic.wpd
REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

Page 1
(01394-15299)

for EOP resides in Sacramento and will have to travel to San Francisco to attend the hearing.

EOP requests the Court sign the attached Order granting EOP authorization to appear at the CMC telephonically.

Dated: September 18, 2008

GREVE, CLIFFORD, WENGEL & PARAS, LLP

By: _____
JULIE M. CHOPOURIAN, SBN 197673
Defendants EQUITY OFFICE MANAGEMENT, LLC, incorrectly sued and served herein as Equity Office Properties Management Corp. and 60 SPEAR LIMITED PARTNERSHIP

IT IS HEREBY ORDERED:

Defendants EQUITY OFFICE MANAGEMENT, LLC, incorrectly sued and served herein as Equity Office Properties Management Corp. and 60 SPEAR LIMITED PARTNERSHIP's counsel, Julie M. Chopourian, Esq., may appear telephonically at the CMC regarding the above-captioned matter currently scheduled for **September 19, 2008** in Courtroom A of the U.S. District Court, 450 Golden Gate, San Francisco, California.

Dated:   September 18, 2008



JUDGE OF THE SUPERIOR COURT
IT IS SO ORDERED
Judge Joseph C. Spero

Greve Clifford Wengel & Paras, LLP