Albert G. Stoll, Jr., Esq., SBN 164649
Stephen MacLean, SBN 184279
Courtney Cassinelli, SBN 242614
Albert G. Stoll, Jr. | A Law Corporation
55 Francisco Street, Suite 403
San Francisco, California 94133
Phone: (415) 576-1500
Fax: (415) 576-1501
E-mail: astoll@stoll-law.com

Attorneys for Plaintiff Mekhelya Schindler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEKHELYA SCHINDLER<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; FEDERAL RESERVE BANK; EQUITY OFFICE MANAGEMENT, LLC, and DOES 1 to 100,<br><br>Defendants. | CASE NO. CV 08-1324 JCS<br><br>[PROPOSED] ORDER DISMISSING ALL ACTIONS [FRCP 41(a)(2)]<br><br>Date:  September 19, 2008<br>Time:  10:30 AM<br>Dept:   A, 15th Floor |
|---|---|
| And ASSOCIATED CROSS ACTIONS | |

The parties all having appeared at the above date and time at a Case Management Conference, and good cause having been shown, pursuant to FRCP 41(a)(2) all causes of action in the above captioned case are dismissed as follows.

///

1

Dismissal Order
Schindler v. City San Francisco US District Court, Northern District Case No. CV 08-1324 JCS

IT IS ORDERED:

1. Plaintiff Mekhelya Schindler hereby dismisses with prejudice all claims and causes of action against defendants Federal Reserve Bank of San Francisco, Defendant City and County of San Francisco (including its agency, the Department of Public Works), and Defendant Equity Office Management, LLC incorrectly sued and served herein as Equity Office Property Management Corp., and Defendant 60 Spear Street Partnership.

2. Defendant Federal Reserve Bank of San Francisco hereby dismisses with prejudice its Cross-Complaint and any and all claims against Defendant City and County of San Francisco, and also dismisses with prejudice its Cross-Complaint and any and all claims against Defendant Equity Office Management, LLC and 60 Spear Street.

3. Defendant City and Counsel of San Francisco hereby dismisses its Cross-Complaint and any and all claims against the Federal Reserve Bank of San Francisco.

IT IS FURTHER ORDERED that:

Each side is to bear its own costs and attorney fees.

Dated:  9/19/08

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Dismissal Order
Schindler v. City San Francisco US District Court, Northern District Case No. CV 08-1324 JCS